Scott A. Flinders (6975)
HUTCHISON & STEFFEN, LLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: 702-385-2500
Facsimile: 702-385-2086
sflinders@hutchlegal.com

*Attorney for Defendant*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| RANDY COTE,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive;<br><br>Defendants. | CASE NO.: 2:15-cv-00322-JCM-CWH<br><br>**STIPULATION AND ORDER TO DISMISS ALL CLAIMS WITH PREJUDICE** |

The parties, RANDY COTE ("Plaintiff"), who is represented by VANNAH & VANNAH, and AMERICAN FAMILY MUTUAL INSURANCE COMPANY who is represented by HUTCHISON & STEFFEN, LLC, hereby stipulate and agree to the following:

1. The entire case, which includes all claims brought by Plaintiff shall be dismissed with prejudice.

2. Plaintiff agrees to forever forgo the filing of any additional claims which may be brought as they relate to this lawsuit.

//

//

3. Each party shall bear their own fees and costs.

DATED this 7 day of _____, 2015.    DATED this 30th day of September, 2015.

HUTCHISON & STEFFEN, LLC                VANNAH & VANNAH

_____             _____
Scott A. Flinders, Esq.                 Tamara V. Lile, Esq.
10080 W. Alta Drive, Suite 200          400 South 7th Street, 4th Floor
Las Vegas, NV 89145                     Las Vegas, Nevada 89101

*Attorney for Defendant*                *Attorney for Plaintiff*

**ORDER**

IT IS SO ORDERED.

DATED October 8, 2015.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

HUTCHISON & STEFFEN, LLC

_____
Scott A. Flinders (6975)
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145

*Attorneys for Defendant*

2